In the Matter of the Claim of LUCY MUIR, Respondent, against NEWTON FALLS PAPER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.

PER CURIAM. The sole point raised on the appeal is that the award should be reversed because of the sarcasm, insinuation, ridicule and intimidations indulged in by the referee who decided the case. The case was, however, reheard by the Board and was affirmed after a careful review of the testimony. The conduct of the referee was far from decorous or judicial in his treatment of witnesses and should not pass unnoticed. In view of the clear proof of liability we do not think the reprehensible conduct of the referee would justify reversal. However, we express our disapproval of his methods of conducting the hearings. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur. Award affirmed, with costs to the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY SOLOMON and HENRY SCHRADIEK, Appellants.

PER CURIAM. In this case no notice is given to the district attorney, but on account of the terms of the court and the conditions existing, this application is granted; but the better practice would be, on such application, to give notice to the district attorney. The district attorney may move to vacate the order to be entered hereon on two days' notice to the attorneys for the defendants. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ. Application to enlarge time granted.

BESSIE R. BLACKBURN, Appellant, v. DAVIS BAKER, Respondent.*

PER CURIAM. The reversal on the former appeal and granting of a new trial was on the ground that on the present proof a cause of action was not shown, but it could not be said that further proof could not be offered and it was for that purpose that a new trial was granted. But upon the decision of this court the trial judge was justified in understanding that when the former record was stipulated there was no cause of action shown. Van Kirk, P. J., Hinman and Hill, JJ. concur; Davis and Whitmyer, JJ., dissent. Judgment affirmed, with costs.

* Affd., 256 N. Y. —.